IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD PALMER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 03-235-GPM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court after issuance of a mandate by the Seventh Circuit Court of Appeals (Doc. 27). In accordance with the mandate, this Court's December 1, 2004, Order denying the merits of Petitioner's motion to reconsider is **MODIFIED** such that the motion is **DISMISSED** for lack of jurisdiction. *See Harris v. Cotton*, 296 F.3d 578, 579-80 (7th Cir. 2002) (motion filed under Federal Rule of Civil Procedure 60(b) should have been dismissed as unauthorized successive habeas corpus petition).

**IT IS SO ORDERED.**

DATED: 10/25/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge